IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

HARRINGTON CAMPBELL,

    Petitioner,

v.

SEAN ERVIN, et al.,

    Respondents.

CIVIL ACTION NO.: 5:23-cv-40

**O R D E R**

Respondents have moved to dismiss Petitioner's action for habeas corpus relief a second time. Doc. 22. The Court **ORDERS** Petitioner to file a response to Respondents' second Motion to Dismiss within 14 days of the date of this Order. If Petitioner does not file a response within 14 days, the Court will assume Petitioner does not object to dismissal of this action and will grant Respondents' Motion to Dismiss as unopposed.

**SO ORDERED**, this 1st day of August, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA