# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| HARRINGTON CAMPBELL, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:23-cv-40 |
| | * | |
| v. | * | |
| | * | |
| SEAN ERVIN, et al., | * | |
| | * | |
| Respondents. | * | |

### ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 25. Petitioner Harrington Campbell ("Campbell") did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned as undeliverable, with the notations: "Return to Sender, No Longer Here" and "Return to Sender, Unclaimed, Unable to Forward." Dkt. No. 26 at 8.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES as moot** Respondents' first Motion to Dismiss, **GRANTS as unopposed** Respondents' second Motion to Dismiss, and **DISMISSES without prejudice** Campbell's 28 U.S.C. § 2241 Petition for Writ

AO 72A
(Rev. 8/82)

of Habeas Corpus for failure to follow this Court's Orders and Local Rules.  The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal and **DENIES** Campbell *in forma pauperis* status on appeal.

**SO ORDERED**, this \_\_11\_\_ day of \_\_September\_\_, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA